UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal No.: 20-730(MAS) |
| | : Magistrate No.: XXXXXXXX |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MICHAEL REIMER, | : ORDER MODIFYING CONDITIONS |
| | : OF RELEASE |
| Defendant. | : |

This matter having been brought before the Court on Defendant's application for an order modifying the conditions of release imposed on February 18, 2021, which included the condition Defendant be placed on curfew while maintaining location monitoring services by means of an electronic monitoring device; and Defendant requesting removal of the electronic monitoring device in order to accept a promotion at his place of employment that will require him to report or remain at work on short notice, which schedule would otherwise interfere with a predictable pattern of travel behavior, and Defendant being prepared to comply with a telephonic notification protocol for unscheduled work assignments at the discretion of Pretrial Services; and the Government and Pretrial Services having no objection to the proposed modification; and for good cause shown;

IT IS ORDERED this  8th  day of  October , 2021 that the Defendant's conditions of release are modified to remove the need for location monitoring services by means of an electronic monitoring device; and

1

IT IS FURTHER ORDERED that Defendant shall report unscheduled work assignments to Pretrial Services in a manner established at the discretion of Pretrial Services.; and

IT IS FURTHER ORDERED that all other conditions of release previously imposed shall remain in effect.

                                                  DOUGLAS E. ARPERT, U.S.M.J.

We consent to the form of order:

| | |
|---|---|
| *J.S. Furlong* | *J. Brendan Day* |
| John S. Furlong, Esq. | J. Brendan Day, Asst. United States Attorney |
| For the Defendant, Michael Reimer | For the United States of America |

2